**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MURPHY, KEVIN                         § Case No. 10-70002
       MURPHY, ANN MARIE                 §
                                          §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $371,998.63                     Assets Exempt:  $39,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,532.03         Claims Discharged
                                                    Without Payment: $8,172,592.06

Total Expenses of Administration: $4,466.34

---

    3) Total gross receipts of $ 7,998.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,998.37 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $502,744.19 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,466.34 | 4,466.34 | 4,466.34 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 164,987.49 | 140,778.11 | 71,778.11 | 3,532.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,566,479.28 | 1,597,094.78 | 1,597,094.78 | 0.00 |
| **TOTAL DISBURSEMENTS** | $9,234,210.96 | $1,742,339.23 | $1,673,339.23 | $7,998.37 |

4) This case was originally filed under Chapter 7 on January 04, 2010. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/23/2011        By: /s/STEPHEN G. BALSLEY
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| JP Morgan Chase (0271) P.O. Box 260180 Baton Rou | 1129-000 | 603.00 |
| 2009 Income Tax Refund | 1224-000 | 7,395.00 |
| Interest Income | 1270-000 | 0.37 |
| **TOTAL GROSS RECEIPTS** | | **$7,998.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CarMax Auto Finance | 4110-000 | 22,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance c/o Codillis & Associates | 4110-000 | 299,152.00 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Lake Oral & Maxillo Facial | 4110-000 | 1,595.88 | N/A | N/A | 0.00 |
| NOTFILED | Guaranty Bank | 4110-000 | 179,996.31 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$502,744.19** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,916.50 | 2,916.50 | 2,916.50 |
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,549.84 | 1,549.84 | 1,549.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,466.34 | 4,466.34 | 4,466.34 |

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 − PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | N/A | 69,000.00 | 0.00 | 0.00 |
| 11P | Department of the Treasury-Internal Revenue | 5800-000 | 63,940.00 | 67,194.82 | 67,194.82 | 3,306.50 |
| 13P | Missouri Department of Revenue | 5800-000 | 4,471.88 | 4,583.29 | 4,583.29 | 225.53 |
| NOTFILED | City of Green Bay | 5800-000 | 364.75 | N/A | N/A | 0.00 |
| NOTFILED | City of Madison | 5800-000 | 299.44 | N/A | N/A | 0.00 |
| NOTFILED | City of West Allis | 5800-000 | 7,489.97 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Workforce Development Division of | 5800-000 | 17,417.27 | N/A | N/A | 0.00 |
| NOTFILED | IL Dept of Employment Security | 5800-000 | 1,049.21 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5800-000 | 6,644.94 | N/A | N/A | 0.00 |
| NOTFILED | IN Deptartment of Revenue | 5800-000 | 396.72 | N/A | N/A | 0.00 |
| NOTFILED | Indiana Department of Revenue | 5800-000 | 1,300.94 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5800-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake County Treasurer | 5800-000 | 5,872.25 | N/A | N/A | 0.00 |
| NOTFILED | Mike Hogan, Tax Collector | 5800-000 | 731.63 | N/A | N/A | 0.00 |
| NOTFILED | Town of Grand Chute | 5800-000 | 697.21 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wisconsin Dept. of Revenue | 5800-000 | 39,311.28 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 164,987.49 | 140,778.11 | 71,778.11 | 3,532.03 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quill | 7100-000 | 3,842.83 | 2,788.06 | 2,788.06 | 0.00 |
| 3 | Commonwealth Land Title Ins | 7100-000 | 400,000.00 | 173,258.01 | 173,258.01 | 0.00 |
| 4 | Fidelity National Title Insurance | 7100-000 | 800,000.00 | 248,025.11 | 248,025.11 | 0.00 |
| 5 | Portable Cooling and Heating | 7100-000 | 1,665.00 | 1,665.00 | 1,665.00 | 0.00 |
| 6 | Fifth Third Bank | 7100-000 | 21,955.53 | 21,955.63 | 21,955.63 | 0.00 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 19,178.13 | 19,178.13 | 19,178.13 | 0.00 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | 3,916.92 | 3,916.92 | 3,916.92 | 0.00 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | 4,116.07 | 4,116.07 | 4,116.07 | 0.00 |
| 10 | Bruce H Matson LFG Trustee | 7100-000 | 350,000.00 | 444,150.22 | 444,150.22 | 0.00 |
| 11U | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 21,450.96 | 21,450.96 | 0.00 |
| 12 | Marlin Leasing | 7100-000 | 40,000.00 | 49,320.92 | 49,320.92 | 0.00 |
| 13U | Missouri Department of Revenue | 7100-000 | N/A | 768.85 | 768.85 | 0.00 |
| 14 | American Express Centurion Bank | 7100-000 | 706.13 | 706.13 | 706.13 | 0.00 |
| 15 | American Express Bank, FSB | 7100-000 | 4,980.73 | 4,980.37 | 4,980.37 | 0.00 |
| 16 | Guaranty Bank | 7100-000 | N/A | 191,368.90 | 191,368.90 | 0.00 |
| 17 | Polo Towne Crossing | 7100-000 | 407,845.77 | 407,854.77 | 407,854.77 | 0.00 |
| 18 | Children's Hospital of Wisconsin | 7200-000 | 1,020.97 | 1,590.73 | 1,590.73 | 0.00 |
| NOTFILED | 1000 East Woodfield Assoc, LLC | 7100-000 | 70,649.01 | N/A | N/A | 0.00 |
| NOTFILED | 11004 S. Cicero Ave, LLC | 7100-000 | 64,460.55 | N/A | N/A | 0.00 |
| NOTFILED | 11004 S. Cicero Ave., LLC c/o George C. Rantis, Esq | 7100-000 | 27,764.12 | N/A | N/A | 0.00 |
| NOTFILED | 20 North Clark Street LLC c/o Hamilton Partners Inc | 7100-000 | 53,994.07 | N/A | N/A | 0.00 |
| NOTFILED | 3077 Spectrum LLC c/o MLG Management | 7100-000 | 4,999.99 | N/A | N/A | 0.00 |
| NOTFILED | 4544 Partners, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | A-Tec Ambulance, Inc. | 7100-000 | 342.27 | N/A | N/A | 0.00 |
| NOTFILED | A-TECH | 7100-000 | 4,557.00 | N/A | N/A | 0.00 |
| NOTFILED | Accent Business Solutions, Inc. | 7100-000 | 776.30 | N/A | N/A | 0.00 |
| NOTFILED | Access Title Company, Inc. | 7100-000 | 81.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | ACS Title Records Corporation | 7100-000 | 7,209.90 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services, Inc. c/o Allied Interstate, Inc. | 7100-000 | 180.68 | N/A | N/A | 0.00 |
| NOTFILED | Air Baud | 7100-000 | 285.07 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers-St Alexius Med | 7100-000 | 281.00 | N/A | N/A | 0.00 |
| NOTFILED | All My Sons of Milwaukee | 7100-000 | 3,182.50 | N/A | N/A | 0.00 |
| NOTFILED | Alliant Credit Union c/o Grant & Weber, Inc. | 7100-000 | 9,295.43 | N/A | N/A | 0.00 |
| NOTFILED | Alphagraphics | 7100-000 | 27,995.28 | N/A | N/A | 0.00 |
| NOTFILED | Alta Title Co., LLC | 7100-000 | 357.00 | N/A | N/A | 0.00 |
| NOTFILED | Amerenue | 7100-000 | 142.79 | N/A | N/A | 0.00 |
| NOTFILED | American Arbitration Association | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 59,192.27 | N/A | N/A | 0.00 |
| NOTFILED | American Express Business Finance | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Americas Best Value Inn c/o Innworks Attn: Direct Bill | 7100-000 | 108.20 | N/A | N/A | 0.00 |
| NOTFILED | AmericInn of Shawano | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | AmeriTitle & Abstract Inc. | 7100-000 | 109.00 | N/A | N/A | 0.00 |
| NOTFILED | Anil K. Khemani, M.D., S.C. | 7100-000 | 79.23 | N/A | N/A | 0.00 |
| NOTFILED | Aramark Refreshment Services | 7100-000 | 804.66 | N/A | N/A | 0.00 |
| NOTFILED | Arvidson Pools and Spas | 7100-000 | 760.00 | N/A | N/A | 0.00 |
| NOTFILED | Ask Services Inc. | 7100-000 | 831.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 3,692.51 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 510.40 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Internet Services | 7100-000 | 18,818.03 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Managed Internet Service | 7100-000 | 561.88 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 114.95 | N/A | N/A | 0.00 |
| NOTFILED | Atmos Energy | 7100-000 | 223.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorneys Title Insurance Fund | 7100-000 | 70,211.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorneys' Title Insurance Fund | 7100-000 | 6,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Bandwidth.com | 7100-000 | 5,094.77 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America & Bank of New York | 7100-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, f/k/a Creditor Interchange | 7100-000 | 1,400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, N.A. | 7100-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Barbara Moon | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Belpro Fire Specialists Inc. | 7100-000 | 161.33 | N/A | N/A | 0.00 |
| NOTFILED | Best Western | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Western Campus Inn | 7100-000 | 40.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bi-State Industries Inc | 7100-000 | 2,423.00 | N/A | N/A | 0.00 |
| NOTFILED | Blanca Corral | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| NOTFILED | BMT Leasing Inc. c/o Barbara Lanza Farley | 7100-000 | 23,452.46 | N/A | N/A | 0.00 |
| NOTFILED | Bradley and Lori Emmert c/o Rollie Hanson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BRB Abstracting Inc. | 7100-000 | 6,173.00 | N/A | N/A | 0.00 |
| NOTFILED | Brown County Register Deeds | 7100-000 | 579.00 | N/A | N/A | 0.00 |
| NOTFILED | Bud Alamprese c/o Thomas M. Breen, Esq | 7100-000 | 125,975.71 | N/A | N/A | 0.00 |
| NOTFILED | Business Only Broadband | 7100-000 | 1,688.08 | N/A | N/A | 0.00 |
| NOTFILED | BYRD Mobile Notary Inc | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Newspapers | 7100-000 | 520.25 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank USA, N.A. c/o Alliance One Receivables | 7100-000 | 22,262.12 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Services LLC c/o Nelson, Watson & Associates | 7100-000 | 10,021.67 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System Centegra Specialty Hospital | 7100-000 | 1,869.75 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital Woodstock HR Accounts, Inc | 7100-000 | 1,371.45 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Memorial Medical Center | 7100-000 | 4,394.50 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Memorial Medical Center | 7100-000 | 2,457.75 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Memorial Medical Center | 7100-000 | 9,472.75 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Memorial Medical Center | 7100-000 | 2,592.50 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Specialty Hospital South Street | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Title Insurance Co. | 7100-000 | 2,954.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Title Insurance Company c/o Richard L. | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Document Management | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Document Management | 7100-000 | 1,562.60 | N/A | N/A | 0.00 |
| NOTFILED | CIT Technology Financing Services | 7100-000 | 31,403.19 | N/A | N/A | 0.00 |
| NOTFILED | Citadel Information Management | 7100-000 | 547.25 | N/A | N/A | 0.00 |
| NOTFILED | Citi Financial, Inc. c/o ER Solutions, Inc. | 7100-000 | 10,216.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Visa | 7100-000 | 9,245.00 | N/A | N/A | 0.00 |
| NOTFILED | Clausen Miller P.C. | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CNA Surety | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | COM ED Bill Payment Center | 7100-000 | 817.63 | N/A | N/A | 0.00 |
| NOTFILED | Comfort Inn | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Corporate Business Systems | 7100-000 | 379.80 | N/A | N/A | 0.00 |
| NOTFILED | Country Inns & Suites | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| NOTFILED | Crossroads Courier | 7100-000 | 74.46 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Lake Oral & Maxillofacial Francis X. | 7100-000 | 1,148.52 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Culligan Water Conditioning Co | 7100-000 | 17.20 | N/A | N/A | 0.00 |
| NOTFILED | Culligan Water of St. Louis | 7100-000 | 9.12 | N/A | N/A | 0.00 |
| NOTFILED | CYMA | 7100-000 | 1,088.00 | N/A | N/A | 0.00 |
| NOTFILED | Data Tree | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Datatree | 7100-000 | 3,689.63 | N/A | N/A | 0.00 |
| NOTFILED | Days Inn - Johnson Creek | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Dean Insurance Co. | 7100-000 | 659.53 | N/A | N/A | 0.00 |
| NOTFILED | DeLage Landen Financial Services c/o W | 7100-000 | 14,151.00 | N/A | N/A | 0.00 |
| NOTFILED | Deluxe Business Forms | 7100-000 | 4,374.41 | N/A | N/A | 0.00 |
| NOTFILED | Desmond & Ahern | 7100-000 | 65,034.54 | N/A | N/A | 0.00 |
| NOTFILED | DirectTV | 7100-000 | 173.84 | N/A | N/A | 0.00 |
| NOTFILED | Document Imaging Services | 7100-000 | 734.00 | N/A | N/A | 0.00 |
| NOTFILED | DRA-CLP CP TAMPA, LLC c/o J Gundlach/Trenam Kemker etc. | 7100-000 | 2,120.84 | N/A | N/A | 0.00 |
| NOTFILED | DRA/CLP Bayside Tampa LLC | 7100-000 | 99,418.84 | N/A | N/A | 0.00 |
| NOTFILED | Dunn County Abstract & Title | 7100-000 | 142.50 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Research Group Inc | 7100-000 | 294.04 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Title Co. | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Efax Corporate | 7100-000 | 1,132.60 | N/A | N/A | 0.00 |
| NOTFILED | EGP, Inc. | 7100-000 | 3,426.06 | N/A | N/A | 0.00 |
| NOTFILED | Elgin Gastroenterology SC c/o Berks Credit & | 7100-000 | 301.42 | N/A | N/A | 0.00 |
| NOTFILED | Entergy | 7100-000 | 1,539.62 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express VT RTS-NLS | 7100-000 | 7,975.39 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity National Title Ins Co - FL | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity National Title Insurance c/o Robert | 7100-000 | 227,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity National Title Insurance c/o R | 7100-000 | 500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity Natl Ins Co - IN Fidelity National Title | 7100-000 | 17,451.60 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity Natl Title Ins Co -IL & WI Fildelity National | 7100-000 | 179,201.70 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Optimum Mastercard | 7100-000 | 831.64 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 11,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 11,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Finstad Land & Spatial Survey | 7100-000 | 2,725.00 | N/A | N/A | 0.00 |
| NOTFILED | First American Real Estate Sol | 7100-000 | 1,361.07 | N/A | N/A | 0.00 |
| NOTFILED | First American Title Insurance Co | 7100-000 | 1,361.07 | N/A | N/A | 0.00 |
| NOTFILED | First Insurance Funding Corp | 7100-000 | 5,639.97 | N/A | N/A | 0.00 |
| NOTFILED | Fitzpatrick Select Services | 7100-000 | 160.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| NOTFILED | Flagler Development Company, LLC c/o WB Gillam/Milam | 7100-000 | 62,516.07 | N/A | N/A | 0.00 |
| NOTFILED | Florida Electrical Service | 7100-000 | 477.88 | N/A | N/A | 0.00 |
| NOTFILED | Fox Signing Services | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | George C. Rantis | 7100-000 | 27,764.12 | N/A | N/A | 0.00 |
| NOTFILED | George Reynolds Desmond & Ahern, Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Global Financial Services | 7100-000 | 28,984.89 | N/A | N/A | 0.00 |
| NOTFILED | Global Linking Solutions | 7100-000 | 12,542.48 | N/A | N/A | 0.00 |
| NOTFILED | Global Services | 7100-000 | 897.30 | N/A | N/A | 0.00 |
| NOTFILED | Global Services | 7100-000 | 2,617.16 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Payment Processing Center | 7100-000 | 10,055.54 | N/A | N/A | 0.00 |
| NOTFILED | Grand Park Management Corp | 7100-000 | 29,526.24 | N/A | N/A | 0.00 |
| NOTFILED | Grand Park Management Corp. c/o Megan L. Ward, Esq. | 7100-000 | 29,526.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Lake Title & Abstract Co | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Hal Systems Corp. | 7100-000 | 3,247.70 | N/A | N/A | 0.00 |
| NOTFILED | Hinckley Springs | 7100-000 | 1,829.58 | N/A | N/A | 0.00 |
| NOTFILED | Home Owner Publications | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | HQ Global Workplaces | 7100-000 | 2,518.10 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank c/o CCB Credit Services, Inc. | 7100-000 | 2,725.94 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank c/o CCB Credit Services, Inc. | 7100-000 | 753.62 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services c/o I.C. System, Inc. | 7100-000 | 791.00 | N/A | N/A | 0.00 |
| NOTFILED | HSW Associates Inc. | 7100-000 | 6,045.50 | N/A | N/A | 0.00 |
| NOTFILED | Impact Networking | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Impact Networking | 7100-000 | 31,326.38 | N/A | N/A | 0.00 |
| NOTFILED | Information Services of IL | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | James Long-Grande Market5793 | 7100-000 | 9,811.20 | N/A | N/A | 0.00 |
| NOTFILED | Jennifer Sederquist | 7100-000 | 5,247.00 | N/A | N/A | 0.00 |
| NOTFILED | John McDonald c/o David T. Streett, Esq. | 7100-000 | 22,869.75 | N/A | N/A | 0.00 |
| NOTFILED | John Roger Cox, Attorney | 7100-000 | 4,441.00 | N/A | N/A | 0.00 |
| NOTFILED | Juan Oblitas c/o William Kevin Russell | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | K&L Gates | 7100-000 | 4,329.53 | N/A | N/A | 0.00 |
| NOTFILED | Kane County Treasurer | 7100-000 | 54.00 | N/A | N/A | 0.00 |
| NOTFILED | Kendall County Recorder | 7100-000 | 245.50 | N/A | N/A | 0.00 |
| NOTFILED | Kenosha Co. Register of Deeds | 7100-000 | 117.00 | N/A | N/A | 0.00 |
| NOTFILED | Key Equipment Finance | 7100-000 | 63,294.86 | N/A | N/A | 0.00 |
| NOTFILED | King Klean | 7100-000 | 315.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Laclede Gas Company | 7100-000 | 723.24 | N/A | N/A | 0.00 |
| NOTFILED | Lake County Recorder | 7100-000 | 181.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake/McHenry Pathology Associates | 7100-000 | 456.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake/McHenry Pathology Associates | 7100-000 | 24.00 | N/A | N/A | 0.00 |
| NOTFILED | Laraway Center, LLC c/o Steven Plato Troy, Esq. | 7100-000 | 24,098.52 | N/A | N/A | 0.00 |
| NOTFILED | Law Bulletin | 7100-000 | 322.75 | N/A | N/A | 0.00 |
| NOTFILED | Law Office of James Kottaras, P.C. | 7100-000 | 8,621.20 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Jeffrey Herzog | 7100-000 | 331.25 | N/A | N/A | 0.00 |
| NOTFILED | Lawyer's Title Insurance Co. | 7100-000 | 252,755.12 | N/A | N/A | 0.00 |
| NOTFILED | Leslie Bishop c/o Rodney Salvati | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lombardi Center, LLC c/o Commercial Horizon, Inc. | 7100-000 | 20,670.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's c/o GE Money Bank | 7100-000 | 1,135.38 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's c/o GE Money Bank | 7100-000 | 1,539.01 | N/A | N/A | 0.00 |
| NOTFILED | Madison County Recorder | 7100-000 | 230.60 | N/A | N/A | 0.00 |
| NOTFILED | Marlin Leasing | 7100-000 | 10,595.61 | N/A | N/A | 0.00 |
| NOTFILED | Mastercraft Coffee Service | 7100-000 | 495.12 | N/A | N/A | 0.00 |
| NOTFILED | McDonald Title Company, Inc. | 7100-000 | 391.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Recorder | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Radiologists Imaging Assoc | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| NOTFILED | MEA-SJ Centers, LLC | 7100-000 | 267.00 | N/A | N/A | 0.00 |
| NOTFILED | Metropolitan Title Data, Inc. | 7100-000 | 4,009.50 | N/A | N/A | 0.00 |
| NOTFILED | MHS Physician Services | 7100-000 | 428.46 | N/A | N/A | 0.00 |
| NOTFILED | Michael D. Perry | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding, LLC c/o Leading Edge Recovery | 7100-000 | 1,310.49 | N/A | N/A | 0.00 |
| NOTFILED | Milwaukee Office Products Inc | 7100-000 | 896.54 | N/A | N/A | 0.00 |
| NOTFILED | Monika Bartlomiejczuk Magic Cleaning Services | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | National Land Title Insurance | 7100-000 | 134,000.00 | N/A | N/A | 0.00 |
| NOTFILED | New Edge Networks Wan | 7100-000 | 1,211.54 | N/A | N/A | 0.00 |
| NOTFILED | New Haven Companies | 7100-000 | 3,707.88 | N/A | N/A | 0.00 |
| NOTFILED | Newitech LLC | 7100-000 | 51.69 | N/A | N/A | 0.00 |
| NOTFILED | NICOR | 7100-000 | 1,504.07 | N/A | N/A | 0.00 |
| NOTFILED | Noonan & Lieberman | 7100-000 | 155,044.03 | N/A | N/A | 0.00 |
| NOTFILED | Northbridge Homeowners Association c/o Kovitz, | 7100-000 | 346.75 | N/A | N/A | 0.00 |
| NOTFILED | Novusys | 7100-000 | 5,028.49 | N/A | N/A | 0.00 |
| NOTFILED | NPSCO | 7100-000 | 98.06 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Office Depot, Inc. | 7100-000 | 60,995.49 | N/A | N/A | 0.00 |
| NOTFILED | On letterhead | 7100-000 | 441.00 | N/A | N/A | 0.00 |
| NOTFILED | Park Plaza at High Crossing, LLC c/o Ethan Miller/WR | 7100-000 | 41,324.77 | N/A | N/A | 0.00 |
| NOTFILED | Peninsula Title Co | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes Bank, Inc. c/o Borst & Collins, LLC | 7100-000 | 54,943.00 | N/A | N/A | 0.00 |
| NOTFILED | Portage County Title LLC | 7100-000 | 434.00 | N/A | N/A | 0.00 |
| NOTFILED | Postage By Phone Plus | 7100-000 | 13,443.38 | N/A | N/A | 0.00 |
| NOTFILED | Professional Communication Systems | 7100-000 | 1,407.08 | N/A | N/A | 0.00 |
| NOTFILED | Progress Energy | 7100-000 | 220.05 | N/A | N/A | 0.00 |
| NOTFILED | Promo Hagen | 7100-000 | 4,991.00 | N/A | N/A | 0.00 |
| NOTFILED | Property Info | 7100-000 | 19,515.50 | N/A | N/A | 0.00 |
| NOTFILED | Property Info Corporation Bill Helmer, Esq. | 7100-000 | 32,515.50 | N/A | N/A | 0.00 |
| NOTFILED | Property Insights | 7100-000 | 5,352.50 | N/A | N/A | 0.00 |
| NOTFILED | Provena Health-St. Josephs Hospital | 7100-000 | 337.00 | N/A | N/A | 0.00 |
| NOTFILED | Quality Title Inc | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Qwest Internet/Phone Ser (Bus. Services) | 7100-000 | 187,113.01 | N/A | N/A | 0.00 |
| NOTFILED | Ramada, Ltd. Sturtevant | 7100-000 | 282.75 | N/A | N/A | 0.00 |
| NOTFILED | Ramquest Software Inc. | 7100-000 | 7,100.00 | N/A | N/A | 0.00 |
| NOTFILED | RCG Enterprises | 7100-000 | 691.56 | N/A | N/A | 0.00 |
| NOTFILED | RDD Imaging, Inc. Michael P. Edgerton, Esq | 7100-000 | 1,574.13 | N/A | N/A | 0.00 |
| NOTFILED | Real Central LLC | 7100-000 | 23,141.35 | N/A | N/A | 0.00 |
| NOTFILED | Realty Data Corp | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Remax | 7100-000 | 8,800.00 | N/A | N/A | 0.00 |
| NOTFILED | RGB Construction Co. | 7100-000 | 19,212.96 | N/A | N/A | 0.00 |
| NOTFILED | Richard L. Zaffiro | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Riordan and Scully Insurance | 7100-000 | 11,403.00 | N/A | N/A | 0.00 |
| NOTFILED | RLJ Closing Services, Inc. | 7100-000 | 575.00 | N/A | N/A | 0.00 |
| NOTFILED | Sawyer County Abstract and Title | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | Secure On-Site Shredding | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell | 7100-000 | 6,858.09 | N/A | N/A | 0.00 |
| NOTFILED | Shumaker Loop & Kendrick LLP | 7100-000 | 43,979.58 | N/A | N/A | 0.00 |
| NOTFILED | Signs By Tomorrow | 7100-000 | 90.13 | N/A | N/A | 0.00 |
| NOTFILED | Spectrum Development Group, LLC | 7100-000 | 5,846.75 | N/A | N/A | 0.00 |
| NOTFILED | St. Louis County | 7100-000 | 2,003.37 | N/A | N/A | 0.00 |
| NOTFILED | Stelletto & Schwartz | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Stewart Title Guaranty Co - Claims | 7100-000 | 83,763.00 | N/A | N/A | 0.00 |
| NOTFILED | Stewart Title Guaranty Co. c/o M. Catheryn Oakland | 7100-000 | 14,304.65 | N/A | N/A | 0.00 |
| NOTFILED | Stewart Title Guaranty Company c/o Michael | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunshine Signing Connection | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | T M Title Service Inc | 7100-000 | 67.00 | N/A | N/A | 0.00 |
| NOTFILED | T&G, LLC | 7100-000 | 18,621.20 | N/A | N/A | 0.00 |
| NOTFILED | Taxes Unlimited, Inc. | 7100-000 | 3,145.00 | N/A | N/A | 0.00 |
| NOTFILED | TG Express c/o Charles Price, Koshiba Agena | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Times | 7100-000 | 537.88 | N/A | N/A | 0.00 |
| NOTFILED | Those Girls Abstracting | 7100-000 | 653.00 | N/A | N/A | 0.00 |
| NOTFILED | Time Warner Cable | 7100-000 | 3,471.79 | N/A | N/A | 0.00 |
| NOTFILED | Title Marketing Co., Inc. | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Town of Munster | 7100-000 | 67.26 | N/A | N/A | 0.00 |
| NOTFILED | Transnations Title Ins Premium | 7100-000 | 15,999.06 | N/A | N/A | 0.00 |
| NOTFILED | Travelers CL & Speciality Remittance Cntr | 7100-000 | 22,227.38 | N/A | N/A | 0.00 |
| NOTFILED | TSI Title Services, LLC | 7100-000 | 396.00 | N/A | N/A | 0.00 |
| NOTFILED | TTR Shipping | 7100-000 | 2,045.80 | N/A | N/A | 0.00 |
| NOTFILED | U-Haul Storage Park Street | 7100-000 | 186.15 | N/A | N/A | 0.00 |
| NOTFILED | United Parcel Service | 7100-000 | 86,212.96 | N/A | N/A | 0.00 |
| NOTFILED | Unlimited Graphix | 7100-000 | 2,647.13 | N/A | N/A | 0.00 |
| NOTFILED | US Bank US Bancorp Center | 7100-000 | 2,660.01 | N/A | N/A | 0.00 |
| NOTFILED | US Express Leasing Inc. | 7100-000 | 46,740.79 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Florida Inc | 7100-000 | 5,640.08 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Online | 7100-000 | 110.47 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 30,027.57 | N/A | N/A | 0.00 |
| NOTFILED | Vitec Online | 7100-000 | 737.65 | N/A | N/A | 0.00 |
| NOTFILED | W.R. Stewart & Associates, S.C. | 7100-000 | 41,324.77 | N/A | N/A | 0.00 |
| NOTFILED | Walworth Co Register of Deeds | 7100-000 | 163.00 | N/A | N/A | 0.00 |
| NOTFILED | Water Boy, Inc | 7100-000 | 236.64 | N/A | N/A | 0.00 |
| NOTFILED | Waushara Abstract Corp | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Print & Digital Services | 7100-000 | 188.27 | N/A | N/A | 0.00 |
| NOTFILED | Whitnall-Summit Company, LLC c/o David Wanta/Trapp & | 7100-000 | 94,546.76 | N/A | N/A | 0.00 |
| NOTFILED | XO Communications | 7100-000 | 5,290.08 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 8,566,479.28 | 1,597,094.78 | 1,597,094.78 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 10-70002   Doc 69   Filed 10/31/11   Entered 10/31/11 09:06:57   Desc Main
Document      Page 13 of 15

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70002  
**Case Name:** MURPHY, KEVIN  
MURPHY, ANN MARIE  
**Period Ending:** 10/23/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/04/10 (f)  
**§341(a) Meeting Date:** 02/04/10  
**Claims Bar Date:** 12/14/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 10769 Cambria Court, Huntley, Illinois 60142 | 340,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Bank of America (2499) PO Box 17054 Wilmington, | 201.65 | 0.00 | DA | 0.00 | FA |
| 3 | Castle Bank (431400) 11700 Route 47 Huntley, IL | 101.98 | 0.00 | DA | 0.00 | FA |
| 4 | Bank of America (7645) P.O. Box 17054 Wilmington | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | JP Morgan Chase (0271) P.O. Box 260180 Baton Rou | 600.00 | 600.00 | DA | 603.00 | FA |
| 6 | Household Furniture | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothes for Family | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Infiniti QX56 >200,000 miles | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2001 Chrysler Sebring > 200,000 miles | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2009 Income Tax Refund  (u) | 13,795.00 | 7,395.00 | DA | 7,395.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.37 | FA |
| **11** | **Assets** **Totals** (Excluding unknown values) | **$371,998.63** | **$7,995.00** | | **$7,998.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  March 16, 2011    **Current Projected Date Of Final Report (TFR):**  May 23, 2011  (Actual)

Printed: 10/23/2011 05:45 PM    V.12.57

Case 10-70002    Doc 69    Filed 10/31/11    Entered 10/31/11 09:06:57    Desc Main
Document      Page 14 of 15

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-70002  
**Case Name:** MURPHY, KEVIN  
MURPHY, ANN MARIE  
**Taxpayer ID #:** **-***5145  
**Period Ending:** 10/23/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-65 - Money Market Account  
**Blanket Bond:** $373,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/23/10 | {10} | Kevin Murphy | 2009 income tax refund | 1224-000 | 6,015.00 | | 6,015.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 6,015.01 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,015.06 |
| 11/22/10 | {10} | Kevin M. Murphy | 2009 income tax refund | 1224-000 | 200.00 | | 6,215.06 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,215.10 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,215.15 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,215.20 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,215.24 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,215.29 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,215.34 |
| 05/06/11 | | Kevin M. Murphy | Final payment of non-exempt assets | | 1,783.00 | | 7,998.34 |
| | {10} | | Final Payment          1,180.00 | 1224-000 | | | 7,998.34 |
| | {5} | | Final Payment            603.00 | 1129-000 | | | 7,998.34 |
| 05/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 7,998.37 |
| 05/23/11 | | To Account #9200******2366 | Transfer funds from MMA to Checking Account | 9999-000 | | 7,998.37 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,998.37 | 7,998.37 | $0.00 |
| Less: Bank Transfers | | 0.00 | 7,998.37 | |
| **Subtotal** | | 7,998.37 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$7,998.37** | **$0.00** | |

{} Asset reference(s)

Printed: 10/23/2011 05:45 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-70002 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | MURPHY, KEVIN | | Bank Name: | The Bank of New York Mellon |
| | MURPHY, ANN MARIE | | Account: | 9200-******23-66 - Checking Account |
| Taxpayer ID #: | **-***5145 | | Blanket Bond: | $373,000.00  (per case limit) |
| Period Ending: | 10/23/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/23/11 | | From Account #9200******2365 | Transfer funds from MMA to Checking Account | 9999-000 | 7,998.37 | | 7,998.37 |
| 06/29/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,916.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,916.50 | 5,081.87 |
| 06/29/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,549.84, Trustee Compensation;  Reference: | 2100-000 | | 1,549.84 | 3,532.03 |
| 06/29/11 | 103 | Department of the Treasury-Internal Revenue Servic | Dividend paid   4.92% on $67,194.82; Claim# 11P; Filed: $67,194.82; Reference: | 5800-000 | | 3,306.50 | 225.53 |
| 06/29/11 | 104 | Missouri Department of Revenue | Dividend paid   4.92% on $4,583.29; Claim# 13P; Filed: $4,583.29; Reference: | 5800-000 | | 225.53 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,998.37 | 7,998.37 | $0.00 |
| Less: Bank Transfers | | 7,998.37 | 0.00 | |
| **Subtotal** | | 0.00 | 7,998.37 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$7,998.37** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******23-65** | 7,998.37 | 0.00 | 0.00 |
| **Checking # 9200-******23-66** | 0.00 | 7,998.37 | 0.00 |
| | $7,998.37 | $7,998.37 | $0.00 |

{} Asset reference(s)

Printed: 10/23/2011 05:45 PM    V.12.57